112 A.3d 646

Gregory R. ZAPPALA, Appellant

v.

CAROSELLI BEACHLER McTIERNAN & CONBOY, William R. Caroselli, Esquire, Timothy Conboy, Esquire, Susan A. Meredith, Esquire, Kelly L. Enders, Esquire, David S. Senoff, Esquire, Lauren C. Fantini, Esquire, Richard C. Defrancesco, Esquire, Cefalo & Associates, Michael J. Cefalo, Esquire, James J. Albert, Esquire, George G. Oschal, III, Esquire, Karl J. Kwak, Esquire, and Linda L. Bartlett, Esquire, Appellees.

Gregory R. Zappala, Appellant

v.

Eckert Seamans Cherin & Mellott, LLC, Bridget E. Montgomery, Esquire, David J. Schertz, Esquire, Riker Danzig Scherer Hyland & Perretti, LLP, and Michael P. O'Mullan, Esquire, Appellees.

Gregory R. Zappala, Appellant

v.

Metzger & Kleiner, Daniel E. Kleiner, Esquire, and Richard G. Freeman, Esquire, Appellees.

Gregory R. Zappala, Appellant

v.

Anapol Schwartz Weiss Cohan Feldman & Smalley, P.C., Sol H. Weiss, Esquire, Amber M. Racine, Esquire, Adrianne Walvoord, Esquire, Law Office of Barry H. Dyller, Barry H. Dyller, Esquire, Gelb Law Firm, and Johanna L. Gelb, Esquire, Appellees.

Gregory R. Zappala, Appellant

v.

Hangley Aronchick Segal & Pudlin, Daniel Segal, Esquire, Rebecca L. Santoro, Esquire, Juvenile Law Center, Marsha L. Levick, Esquire, and Lourdes M. Rosado, Esquire, Appellees.

Supreme Court of Pennsylvania.

Argued March 11, 2015.

Decided April 7, 2015.

Arthur W. Lefco, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, P.C., Philadelphia, Francis X. O'Connor, Esq., Great Bend, James C. Sargent, Jr., Esq., Lamb McErlane, PC, West Chester, for Pennsylvania Bar Association, Amicus Curiae.

Brooke Spigler Cohen, Esq., Richard A. Sprague, Esq., Thomas A. Sprague, Esq., Sprague & Sprague, Philadelphia, for Gregory R. Zappala.

Elizabeth K. Ainslie, Esq., Wilbur L. Kipnes, Esq., Joseph John Langkamer, Esq., Schnader Harrison Segal & Lewis, L.L.P., Benjamin David Wanger, Esq., Philadelphia, Blank Rome LLP, for Riker Danzig Scherer Hyland & Perretti, LLP, and Michael P. O'Mullan.

Timothy Sheldon Coon, Esq., John R. Kenrick, Esq., Pittsburgh, Jeffrey P. Lewis, Esq., Eckert Seamans Cherin & Mellott, LLC, Philadelphia, for Eckert Seamans Cherin & Mellott, LLC, et al.

Danielle Alexis Graham, Esq., Philadelphia District Attorney's Office, Jeffrey B. McCarron, Esq., Philadelphia, for Caroselli, Beachler, McTiernan, & Conboy, et al.

Paul Christopher Troy, Esq., Kane, Pugh, Knoell, Troy & Kramer, L.L.P., Norristown, for Cefalo & Associates, et al.

Robert C. Heim, Esq., Tara Lewis Kelly, Esq., Michael Lee Kichline, Esq., Dechert LLP, Sabrina Lee Reliford, Esq., Philadelphia, for Hangley Aronchick Segal & Pudlin, et al.

Marc L. Bogutz, Esq., William Frederick McDevitt, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, for Gelb Law Firm and Johanna L. Gelb.

Andrew Stephen Console, Esq., John E. Riley, Esq., Conrad O'Brien PC, William Joseph Murray, Jr., Esq., Vaira & Riley,

P.C., Philadelphia, for Law Office of Barry H. Dyller and Barry H. Dyller.

Joseph Goldberg, Esq., Matthew Gabriel Laver, Esq., Michael Bruce Pullano, Esq., Weber, Gallagher, Simpson, Stapleton, Fires & Newby, L.L.P., Philadelphia, for Anapol Schwartz Weiss Cohan Feldman & Smalley, P.C., et al.

Elit R. Felix II, Esq., James Robert Kahn, Esq., Margolis Edelstein, Philadelphia, Brian William Sullivan, Esq., Montgomery, McCracken, Walker & Rhoads, L.L.P., for Richard G. Freeman.

Jeffrey R. Lerman, Esq., Glenn F. Rosenblum, Esq., Montgomery, McCracken, Walker & Rhoads, L.L.P., Philadelphia, for Metzger & Kleiner, and Daniel E. Kleiner.

BEFORE: SAYLOR, C.J., EAKIN, BAER, TODD, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2015, as it appears Appellant joined the settlement agreement, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Chief Justice SAYLOR and Justice TODD did not participate in the decision of this case.